

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

FEB 12 2008
Feb 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Demetrius Johnson
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mr. Goodwill
Ms. Jackson
Ms. Clay
Mr. Keith

(Enter abov[e]
defendants [
use "et al."]

CHECK O[NE]

☒ PLEASE DOCKET AND RETURN
STAFF LAW CLERK ROOM 2302

08CV900
JUDGE BUCKLO
MAG. JUDGE BROWN

Cas[e No.]
(To _____ pp___ by the Clerk of this Court)



IF UNABLE TO SCANN:

HTS ACT, TITLE 42 SECTION 1983
_____fendants)

[AC]TION ("BIVENS" ACTION), TITLE
[de]fendants)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.  Plaintiff(s):

Revised: 7/20/05

A. Name: MR. Demetrius Johnson

B. List all aliases: _____

C. Prisoner identification number: 20050086668

D. Place of present confinement: Cook County Jail / Division 10

E. Address: 2700 S. California Ave, Chicago, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: MR. Goodwill (Division 8)

   Title: Cook County Department of Corrections Officer

   Place of Employment: 2700 S. California Ave., Chicago, Illinois 60608

B. Defendant: MR. Jackson (Division 8)

   Title: Cook County Department of Corrections Officer

   Place of Employment: 2700 S. California Ave., Chicago, Ill. 60608

C. Defendant: Ms. Clay (Division 8) ~~Cook County Department of Corrections~~ Nurse

   Title: Cook County Department of Corrections Nurse

   Place of Employment: 2700 S. California Ave, Chicago, Ill. 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: MR. Keith (Division 8)

   Title: Cook County Department of Corrections Officer

   Place of Employment: 2700 S. California Ave, Chicago, Illinois 60608

2

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (●)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (●)   NO ( )

C. If your answer is YES:

1. What steps did you take?
On June 02, 2007, I prepared a grievance and gave it to a social worker in Division 8 Mental Health Unit. And she assigned it a Grievance Control No. #2007X1217.

2. What was the result?
The grievance issue was referred to the internal Affairs for an investigation. Name Patrick Murphy to investigate for staff abuse.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

D. If your answer is NO, explain why not:

3

Revised: 7/20/05

E. Is the grievance procedure now completed? YES (●) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is YES:

    1. What steps did you take?

    _____

    _____

    _____

    2. What was the result?

    _____

    _____

H. If your answer is NO, explain why not:

_____

_____

_____

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

V.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

### Count (1)

On May 02, 2007, Defendant Mr. Goodwill, Mr. Jackson and Mr. Keith, Ms. Clay, did, on this day, while acting under color of state law in their individual capacity, as Cook County Department of Corrections Employees, did, on this day, conspired together to beat up the Plaintiff Mr. Demetrius Johnson, causing injury and then proceeding to deny the Plaintiff medical treatment for his injuries in violation of his Fourth Amendment right to be secured in his person against unreasonable use of force and unreasonable denial of medical treatment.

Defendant Goodwill and Jackson and other officers beat the Plaintiff up and Nurse Clay refused to treat the Plaintiff injuries and refused to document those injuries in an effect to conceal the injuries to exonerate the defendant's from civil liability.

6

Revised: 7/20/05

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Plaintiff Demand A Jury trial
2) Plaintiff Request $10,000.00 in punitive Damages

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __12__, 20_07_

___Demetrius Johnson___
(Signature of plaintiff or plaintiffs)

___Mr. Demetrius Johnson___
(Print name)

___20050086668___
(I.D. Number)

___Cook County Jail (Division 10)___
___2700 S. California Ave, Chicago Ill. 60608___
(Address)

8

Revised: 7/20/05

Mr. Demetrius Johnson #20050086668
Cook County Jail
Division 10
P.O. Box 089002
Chicago, Illinois 60608

September 10, 2007

To: Mr. Thomas J. Dart
Cook County Sheriff Office
Richard J. Daley Center
50 W. Washington Street /Suite 704
Chicago, Illinois 60602
(312) 603-4444

## Request For Investigation

Dear Help

On May 02, 2007, I was housed in Division 8 Psychiatric Unit in Dorm A-2 when I assisted a Female Officer name Ms. Jackson with restraining an inmate name inmate Frank White. While this inmate Frank White was on the floor inmate White tried to strike Officer Jackson and in an effort to block the inmate punch Officer Jackson scratched herself on the side of her face and blamed inmate White. When the other Officer's came to assist Officer Jackson they took inmate White to the clothing room and beat him up outside the presence of us inmates. And an inmate worker came in the dorm and told everyone that the officers beat Frank up real bad and that he had alot of blood on his face.

Officer Goodwill came in the dorm to get inmate Frank White I.D. and I asked him if I could speak to him. And told me to come up and say what I have to say. And I said, "Officer Goodwill why y'all beat up on the old man like that, I stoped him from hitting Officer Jackson?"

And Officer Goodwill Responded saying, "Take your motherfucken ass to your bunk." And as I walked away I replied, "You don't have to disrespect me like that, I don't have time for your kiddy games, I'm going to my bunk." And as I walked away Officer Goodwill came behind me and punched me in the back of my head and then grabbed me around my kneck and began choking me until I couldn't breath.

Pg. 1 of 3

I pushed Officer Goodwill hand off my kneck and pushed him back and I told him I don't want to fight him, I just want to go to my bunk. And that he not suppose to be jumping on me like this. And when I turned to try to walk away Officer Goodwill ran up behind me and attacked me again, hitting and punching me. And I got off the ground and ran around the bunk and he tried to punch me in the head. And when he tried to kick me he fell on the ground and a white officer came in the dorn and told me to lay down. And when I laid down on the ground Officer Goodwill kicked me in my face and the white officer began punching me in my back.

Then Officer Goodwill grabbed my foot and began pulling me to the door and once they got me to the door he told me to get up and go into the hallway. And as I went into the hallway he punched me again in the back of my head real hard. And while I was in the hallway I yelled for help asking someone to get Officer Goodwill off me. Officer Goodwill then came into the hallway and lied to the other officer's alleging I swung at him and then the other officers came running down the hallway and began punching and kicking me. And when they were done they told me to go down the hallway.

As I was walking down the hallway officers were taking shots at me, punching and slapping me until I reached the nurses desk. And when I sat down in the chair waiting for the nurse another officer walked up a started slapping me. And thats when Nurse Clay came and asked me what was wrong. I told her the officers jumping on me, my head, left ankle, thumb and left rist were hurting and she began looking for cuts and bruises. But refused to document my bruises and said nothing was wrong with me and refused to send me to Cermak for medical treatment.

An officer then came around the corner and I asked him why were they jumping on me; I did not touch Officer Goodwill. And the officer told me to shut up bitch and come around the corner. And when I went around the corner there were 12 officers and a sergeant waiting there. The sergeant then attacked me which gave the other officers approval to beat me up.

One officer told me to lay down on the ground and put my hands behind my back while other officers continued to punch me. While I was on the ground I was struck in the face and ribbs with handcuffs. And while I was being struck the officers were hollaring out loud so other people could hear, "stop resisting, stop resisting," to make it sound like I was resisting.

pg. 2 of 3

While I was on the ground I looked up and saw a psych worker name Pete and I asked him to please stop the officers from hitting me and he kept on going down the hallway then stoped and watched the officers continue to beat on me. When the officers got the handcuffs on my rist. Officer Keith grabbed my head and banged it on the ground. The sergeant was helping these 12- officers. And then I was told to get up and go down the hallway. And while walking Officer Goodwill tried to attack me again but the other officers held him back.

Then when I made it down to the Post and sat on the bench Lieutenant Blunt #195 asked me what happened and I told her what happened and that she can ask the other inmates in the dorm to verify my allegations. And she went and talked to the other inmates and came back and said I was right and that Officer Goodwill was wrong. And then she started talking to Officer Goodwill and a female superintendant name Ms. Lizar walked down the hallway and stould by me and shook her head and walked away, but didn't say anything to me like she was unconcerned.

Then Lieutenant Blunt #195 told an inmate worker to go pack up my property. And Officer Goodwill went into my property and took my legal documents which consisted of my criminal history record, my indictment and grand jury transcripts and some more legal documents I got from the law library and began showing the other officers and inmates.

When I saw Officer Goodwill showing off my legal documents I told Lieutenant Blunt #195 what he was doing and she didn't do nothing about what was going on. I wrote up a grievance dated June 02, 2007 and it was assigned a control # 2007X1217 and it was refered to the internal affairs department and nothing has happened. They never contacted me.

According to Chapter 725 ILCS 5/103-2(c) persons in custody is suppose to be treated humanely. And according to the County Jail Act under chapter 730 ILCS 125/3 the sheriff Mr. Thomas J. Dart is responsible for the training of these officers. And if his training consist of abuse of detainees this matter should be investigated for Fourth Amendment civil rights violations. And I would like this matter investigated. Sheriff Phone Number is (312) 603-4444.

Respectfully Submitted
*Demetrius Johnson*
Complainant           Demetrius Johns

Pg. 3 of 3

Part-A / Control # 2007 X 1217

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Johnson**   First Name: **Demetrius**

ID #: **2005 - 0086668**   Div.: **9**   Living Unit: **BL**   Date: **6 / 2 / 07**

BRIEF SUMMARY OF THE COMPLAINT: On May 5-2-07 officer Ms. Jacson had a altercation with a inmate name Frank white. I jumped in and helped officer Ms. Jacson by restrain the inmate Frank white. Another officer came in and took Frank white the inmate in the hallway and jump on him. Officer goodwill came on the teir to get his I.D.. I approach Officer goodwill and ask officer goodwill why the offiers jump on that oldman because he did not hit Officer Ms. Jacson we stop the inmate from hiting her. Officer goodwill said take my M-F to the bunk and I said don't disrepect me I'm going to my bunk he said again take my M-F to the bunk I said I don't got time for child games. And then Offier goodwil ponch me in the back of the head and choke me I push his hands off my neck and said you don't need to hit me like that and then he star to fight me into the hall way and said I try to fight him and 12 Officers came runing down the hallway and jump on me bang my head into the concrete floor.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
A2 A2 Dorm   PSCH. MR. Peter

ACTION THAT YOU ARE REQUESTING:
Law Suite (Sue)

DETAINEE SIGNATURE: *Demetrius Johnson*

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: __ / __ / __

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control # 2007 X 1217

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Johnson   First Name: Demetrius   ID#: 2005-0086668

Is This Grievance An **Emergency**?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges to officer abuse.

C.R.W. Referred Griev. To: I.A.D.   Date Referred: 6/14/07

Response Statement: IAD _____ show inmate refused _____ or _____ staff, _____ then push c/o _____ Medical shows no injury to detainee. No _____ _____ _____

Dr. Miriam Kentus — D/C Z. Scott — Date: 6/25/07   Div./Dept. IMD
(print-name of individual responding to this griev.) (signature of individual responding to this griev.)

H. _____ — _____ #95 — Date: 6/26/07   Div./Dept. 8
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. _____ — _____ — Date: 6/26/07
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 6/27/07   Detainee Signature: Demetrius Johnson

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___   Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)