**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** DEMETRIUS JOHNSON    **Defendant(s):** MR. GOODWILL, et al.

**County of Residence:** COOK    **County of Residence:**

**Plaintiff's Address:**
Demetrius Johnson
#2005-0086668
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
FEB 12 2008
Feb 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV900**
**JUDGE BUCKLO**
**MAG. JUDGE BROWN**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** A. E. Woodham    **Date:** 02/12/2008