UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Demetrius Johnson
        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00900
　　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Mr. Goodwill, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 28, 2008:

  MINUTE entry before Judge Honorable Geraldine Soat Brown:The referral of this matter having been assigned to Magistrate Judge Geraldine Soat Brown, an initial status hearing is hereby set before Magistrate Judge Brown on 05/16/08 at 9:00 a.m. in Courtroom 1812. Defendants' counsel shall prepare and deliver a copy of the initial status report providing the information required by Judge Brown's Order Setting Initial Status Report to the Courtroom Deputy (Room 1808) three business days before the initial status hearing. See www.ilnd.uscourts.gov/JUDGE BROWN. Defendants' counsel shall arrange for plaintiff to be present at the status hearing by telephone.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.