**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Demetrius Johnson
      Plaintiff,

v.            Case No.: 1:08−cv−00900
            Honorable Elaine E. Bucklo

Mr. Goodwill, et al.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2008:

  MINUTE entry before Judge Honorable Geraldine Soat Brown:Status hearing previously set for 05/16/08 is stricken to be reset by a further order. The defendants in this case have not been served by the U.S. Marshals as ordered by District Judge Bucklo on 02/28/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.