United States District Court
Northern District of Illinois
Eastern Division

Mr. Demetrius Johnson
_____
              Plaintiff,

Vs.

Mr. Goodwill, et al.
_____
              Defendant(s)

FILED
MAY 1 5 2008
May 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08-C-0900
Case Number

## Motion For Leave To Amend Complaint

Now come Plaintiff Mr. Demetrius Johnson, Acting Pro-se and Moving this Court For an Order granting Leave to Amend the Attached Complaint. And in support, Plaintiff states the Following Below:

1.) On February 28, 2008, this court issued an order Granting Leave to Proceed in Forma Pauperis. And ordering this Clerk of Court to have the U.S. Marshalls serve the defendants. And todate no defendants have been served. And Plaintiff have Not Received Anything From the United States Marshalls showing An Attempt to serve defendants were made.

2.) Plaintiff seeks to Amend his complaint to include the Cook County Sheriff Thomas Dart, A Lieutenant Name Ms. Blunt and A Doctor Name Ms. Dunlap. In Further, Plaintiff intends to Add two (2) more counts to show liability of the Added Defendants.

Wherefore, Plaintiff Request Leave to Amend the Attached Amended Complaint. Status hearing was set For April 25, 2008. And it did Not take place.

Respectfully Submitted

Demetrius Johnson
Pro-Se Plaintiff

April 26, 2008

Mr. Demetrius Johnson #200500 86668
Cook County Jail
Division 10
P.O. Box 089002
Chicago, Illinois 60608