CHH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAY 15 2008
MAY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Demetrius Johnson
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart, Sheriff
_____

Cook County Jail
_____

Mr. Goodwill
_____

Ms. Jackson
_____

Ms. Clay, Mr. Keith
_____

Ms. Blunt, Dr. Dunlap
_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08-C-0900
(To be supplied by the Clerk of this Court)

Judge Bucklo
Magistrate Judge Brown

Amended Complaint

CHECK ONE ONLY:

★   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: MR. Demetrius Johnson

   B. List all aliases: _____

   C. Prisoner identification number: 20050086668

   D. Place of present confinement: Cook County Jail / Division 10

   E. Address: P.O. Box 089002, Chicago, Illinois 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: MR. Thomas Dart

      Title: Cook County Sheriff

      Place of Employment: 50 W. Washington Street, Suite 704, Chicago, Il. 60602

   B. Defendant: Cook County Department of Corrections

      Title: Directors Office

      Place of Employment: 2700 S. California Street, Chicago, Illinois 60602

   C. Defendant: Ms. Blunt #195

      Title: Lieutenant in Division 8 in Cook County Jail

      Place of Employment: P.O. Box 089002, Chicago, Illinois 60608

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

A. Name: MR. Demetrius Johnson

B. List all aliases: _____

C. Prisoner identification number: 20050086668

D. Place of present confinement: Cook County Jail/Division 10

E. Address: 2700 S. California Ave, Chicago, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: MR. Goodwill (Division 8)

Title: Cook County Department of Corrections Officer

Place of Employment: 2700 S. California Ave., Chicago, Illinois 60608

B. Defendant: MR. Jackson (Division 8)

Title: Cook County Department of Corrections Officer

Place of Employment: 2700 S. California Ave., Chicago, Ill. 60608

C. Defendant: Ms. Clay (Division 8) ~~Cook County Department of Corrections~~ Nurse

Title: Cook County Department of Corrections Nurse

Place of Employment: 2700 S. California Ave, Chicago, Ill. 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: MR. Keith (Division 8)

Title: Cook County Department of Corrections Officer

Place of Employment: 2700 S. California Ave, Chicago, Illinois 60608

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (●) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (●) NO ( )

C. If your answer is YES:

1. What steps did you take?
On June 02, 2007, I prepared a grievance and gave it to a social worker in Division 8 Mental Health Unit. And she assigned it a Grievance Control No. #2007X1217.

2. What was the result?
The grievance issue was Referred to the internal Affairs for an investigation. Name Patrick Murphy to investigate for staff abuse.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

D. If your answer is NO, explain why not:

3

Revised: 7/20/05

V.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Count (1)</u>

On May 02, 2007, Defendant Mr. Goodwill, Ms. Jackson and Mr. Keith, Ms. Clay, did, on this day, while acting under color of state law in their individual capacity, as Cook County Department of Corrections Employees, did, on this day, conspired together to beat up the Plaintiff Mr. Demetrius Johnson, causing injury and then proceeding to deny the Plaintiff medical treatment for his injuries in violation of his Fourth Amendment right to be secured in his person against unreasonable use of force and unreasonable denial of medical treatment.

Defendant Goodwill and Jackson and other officers beat the Plaintiff up and Nurse Clay refused to treat the Plaintiff injuries and refused to document those injuries in an effect to conceal the injuries to exonerate the defendant's from civil liability.

Revised: 7/20/05

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

### Count (a)

On May 02, 2007, Ms. Blunt, did, on this day, while acting under Color of State Law in her individual capacity as a Cook County Department of Corrections Lieutenant, did, on this day, allowed Defendant(s) Mr. Goodwill, Mr. Keith, Beat the Plaintiff Demetrius Johnson, causing injury to his person and then allowed the Nurse Ms. Clay to deny Plaintiff Medical treatment for his injuries in violation of Plaintiff Right to be secured in his person against unreasonable use of force as guaranteed under the Fourth Amendment of the United States Constitution.

Defendant Ms. Blunt had a legal duty to stop her officers from beating up the Plaintiff in her presence. And failed to do so.

4

Revised 9/2007

## Count (3)

On May 02, 2007, Defendant Thomas Dart, was, on this day, while Acting under color of state law in his individual capacity as the Cook County Sheriff for Cook County, Responsible for the training of his subordinants, Defendant Mr. Goodwill, and Mr. Jackson and Ms. Blunt who all conspired to deny Plaintiff Medical Attention. Defendant Dr. Dunlap also Refused to treat Plaintiff after the Defendants in this case caused injury to his left ankle which has cracking sound when Plaintiff walk. And the denial of Medical treatment is on-going.

Defendant Dart Failure to train his subordinates Resulted in him Being Beat up By the Officers involved on this case. And Plaintiff Demetrius Johnson has a Fourth Amendment Constitutional Right to be secured in his person when Receiving medical treatment and to be secure in his person from unreasonable Use of Force.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) Plaintiff Demand A Jury Trial

2.) Plaintiff Request Compensatory Damages of $25,000.00 For Permenant damage to his left Ankle.

VI. The plaintiff demands that the case be tried by a jury.  ■ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this April day of 25, 20 08

Demetrius Johnson
(Signature of plaintiff or plaintiffs)

Ms. Demetrius Johnson
(Print name)

20050086668
(I.D. Number)

Cook County Jail
P.O. Box 089002
Chicago, Illinois 60608
(Address)

6

Revised 9/2007