United States District Court
Northern District of Illinois

**FILED**
MAY 15 2008
May 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Demetrius Johnson
                Plaintiff,

Vs.

Mr. Goodwill, et al.,
                Defendant(s)

08-C-0900
Case Number

### Motion For An Order Directing Clerk of Court to Serve Defendants with Summons And Complaint

Now come plaintiff, Mr. Demetrius Johnson, Acting Pro-Se Pursuant to Federal Rules of Civil Procedure, Rule 477(c), Moving the Clerk of Court to Serve the defendants with summons And complaint. And in support, Plaintiff states the following below:

1.) This court issued an order Directing the Clerk of court to have the U.S. Marshalls serve the defendants in this matter. And Plaintiff have not received a Receipt from the U.S. Marshall showing service of Process was made. And no Attorney has entered a motion of Appearance. And this court has set this case for status!

Wherefore, Plaintiff Pray this court direct the Clerk to issue summons and complaint on the defendants by certified mail.

Respectfully Submitted
Demetrius Johnson
Pro-Se Plaintiff

May 01, 2008

Mr. Demetrius Johnson #20050086668
Cook County Jail
Division 10
P.O. Box 089002
Chicago, Illinois 60608