# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0900 | **DATE** | 5/29/08 |
| **CASE TITLE** | Demetrius Johnson (#2005-0086668) vs. Mr. Goodwill, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to amend [#14] is granted. The Clerk is directed to add Thomas Dart, Ms. Blunt, and Dr. Dunlap as defendants. The plaintiff's motion for an order re: service of the summons and complaint [#16] is granted. The Clerk is further issue summonses for service of the amended complaint on the defendants by the U.S. Marshal.

■ [**Docketing to mail notices.**]

mjm