## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MR. DEMETRIUS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 900 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Elaine Bucklo |
| MR. GOODWILL, et al., | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Mr. Demetrius Johnson
       #2005-0086668
       Cook County Jail
       P.O. Box 089002
       Chicago, Illinois 60608

     **PLEASE TAKE NOTICE** that on August 11, 2008 at 9:15 a.m.., I shall appear before the Honorable Elaine Bucklo in the courtroom usually occupied by her in Room 1441 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion for Enlargement of Time.

                              RICHARD A. DEVINE
                              State's Attorney of Cook County

                     By:   S/ Jamie M. Sheehan
                           Jamie M. Sheehan
                           Torts/Civil Rights Litigation Section
                           500 Richard J. Daley Center
                           Chicago, Il 60602
                           (312) 603-6772