<u>CERTIFICATE OF SERVICE</u>

      I, Jamie M. Sheehan, Assistant State's Attorney, hereby certify that Defendants' Motion to Enlarge Time was via electronic means pursuant to the Rules of the Northern District of Illinois as well as via U.S. Mail before 5pm on July 30, 2008, with proper postage prepaid.

                                                                                                                                  _____

                                                                                                                               S:/Jamie M. Sheehan