UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MR. DEMETRIUS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 900 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Elaine Bucklo |
| MR. GOODWILL, et al., | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME Defendants, OFFICER KEITH, OFFICER GOODWILL, DR. ANN DUNLAP and PATRICIA OUTLAW-CLAY, by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, JAMIE M. SHEEHAN, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

Assistant State's Attorney Jamie M. Sheehan was assigned this case on June 6, 2008.

That prior to service of the original complaint being effected, plaintiff amended his complaint.

That defendants have only recently been properly served with the amended complaint.

Plaintiff alleges in this § 1983 suit that he was struck by correctional officers while others stood by, and that he thereafter was denied medical treatment for his injuries.

Plaintiff alleges in this suit that he fully complied with the exhaustion requirement of the Prison Litigation Reform Act (PLRA) prior to commencing litigation.

That certain documents, inclusive of plaintiff's medical records, are necessary to prepare a proper answer or other pleading to Plaintiff's allegations in his complaint. These

documents have been requested and will not be received for at least 30 days.

That defendants have sent a HIPAA waiver to Plaintiff and cannot obtain his medical records until plaintiff executes the waiver and returns it to the undersigned.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1. That this Honorable Court grant an enlargement of time, up to and including September 26, 2008, for the Defendants to answer or otherwise plead;

2. That this Honorable Court grant any other relief it deems just.


        Respectfully Submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

By:    <u>S/ Jamie M. Sheehan</u>
        Jamie M. Sheehan
        Torts/Civil Rights Litigation Section
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-6772