## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Demetrius Johnson
      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00900
　　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Mr. Goodwill, et al.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

  MINUTE entry before the Honorable Elaine E. Bucklo: Motion for extension of time [23] is denied as moot. Defendants' motion for extension of time until 9/26/08 [26] to answer or otherwise plead is granted. Status hearing reset for 10/3/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.