## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Demetrius Johnson
                 Plaintiff,

v.
                                      Case No.: 1:08−cv−00900
                                      Honorable Elaine E. Bucklo

Mr. Goodwill, et al.
                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing set for 10/16/2008 at 09:00 AM. Defendants shall arrange for plaintiff to be present by telephone. Defendants' counsel shall prepare an initial status report. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.